## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN THE MATTER OF THE COMPLAINT OF
STEVEN BARRY, AS THE OWNER OF A
1989 VIKING 56 MOTOR YACHT, HIN
VKY55018K889, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

Case No. _____

### <u>AFFIDAVIT</u>

I, MICHAEL J. MCCOOK being duly sworn, submit the following affidavit:

1.      My name is Michael John McCook I am over the age of 18 and competent to make this Affidavit.

2.      I am a professional marine surveyor with M.J. McCook Associates, Inc., which performs marine surveys for various types of vessels, including surveys of pleasure boats and motor yachts for damage or accident investigation, in and around the Chesapeake Bay and greater Virginia-Maryland region.

3.      I have been asked to determine the fair market value of a 1989 Viking 56 Motor Yacht, Hull Identification Number: VKY55018K889 (hereinafter, the "Limitation Vessel"), which was involved in a fire at the Boathouse Marina located in Colonial Beach, Virginia, on or about June 4, 2022 (hereinafter, the "Fire").

4.      I am certified by the National Association of Marine Surveyors (NAMS), and I have been a NAMS Certified Marine Surveyor since _____1988_____.

5.      In the course and scope of my duties as a marine surveyor, I am often required to assess and/or estimate the value of watercraft.

I-1917004.1

6.  At the time of the loss, there was no pending freight aboard the Limitation Vessel.

7.  I estimate that the Limitation Vessel's current fair market value, and fair market value following the loss, in and around The Chesapeake Bay region to be $5,000.00 (U.S.). It is a total wreck that has only salvage value.

8.  The foregoing estimate is true, correct, and accurate to the best of my knowledge and information and based on my training and experience as a Certified Marine Surveyor and an Accredited Marine Surveyor, working in and around the Chesapeake Bay and greater Virginia-Maryland region.

FURTHER THE AFFIANT SAYETH NOT.

_____
MICHAEL J. MCCOOK/CMS/NAMS
M.J. MCCOOK ASSOCIATES, INC.

I-1917004.1

STATE OF __Virginia_____,

CITY / COUNTY OF _____King George_____ to wit:


On this 5th day of August 2022, before me, a notary in and for the State of

_____ City or County aforesaid, personally appeared

Michael J. McCook who:

__X__ is personally known to me, or

_____ has produced _____ as identification, appeared

before me, a notary in and for the State of Virginia and being duly sworn, executed the foregoing

Affidavit and acknowledged the Affidavit to be his free and voluntary act and deed.


IN WITNESS WHEREOF I have hereunto set my hand and official seal, this day and year

first written above.


_Luinda M. Baumann_
Notary Public

Notary Registration Number: ____7517619_____

My Commission Expires: ____12/31/25_____

I-1917004.1